No. 80–156. MASSACHUSETTS *v.* HUGHES. Sup. Jud. Ct. Mass. Certiorari denied.

No. 80–162. TURNER *v.* RAYNES. C. A. 5th Cir. Certiorari denied.

No. 80–164. DANNING, TRUSTEE IN BANKRUPTCY *v.* PACIFIC PROPELLER, INC. C. A. 9th Cir. Certiorari denied.

No. 80–166. COLBY *v.* HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 80–171. SAVE THE BAY, INC. *v.* UNITED STATES CORPS OF ENGINEERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–178. OGIONY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 80–186. WRIGHT *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 80–190. DIAMOND *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–194. RAMIREZ *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–197. WORLDWIDE CHURCH OF GOD, INC., ET AL. *v.* CALIFORNIA. Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 80–200. MORSEY *v.* GREEN ET AL. C. A. 5th Cir. Certiorari denied.